**Francis AKINRO, Plaintiff–Appellant,**

v.

**Fireman Abina GBENGA; Ms. Williams, (Iya Alake), Defendants–Appellees.**

No. 06–1833.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 17, 2006.

Francis Akinro, Appellant Pro Se.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francis Akinro appeals the district court's order denying Akinro's motion to reopen his case based on newly discovered evidence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Akinro v. Gbenga,* No. 1:01–cv–04188–CCB (D.Md. July 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*